# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00252-FDW-DSC

| | |
|---|---|
| WANDA WILLIAMS,<br><br>**Plaintiff,**<br><br>v.<br><br>JAMES EXUM,<br><br>**Defendant.** | **ORDER** |

THIS MATTER is before the Court *sua sponte*. On December 8, 2020, this Court entered a Show Cause Order (Doc. No. 3), requiring Plaintiff to show why she has failed to take any action in prosecuting this case. (Doc. No. 3). The Court noted that the case had been dormant since April 27, 2020 and warned Plaintiff that failure to appropriately and timely respond to the Court's Show Cause Order would result in dismissal of this action.

It has now been more than thirty (30) days since the Show Cause Order was issued, and the case has remained dormant. The record indicates Plaintiff has not made any effort to prosecute this case since April 27, 2020. (Doc. No. 4). Because Plaintiff has failed to respond to the Show Cause Order or otherwise prosecute this case for nearly eleven (11) months, it is hereby DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Signed: January 26, 2021

_____
Frank D. Whitney
United States District Judge